IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Graziano, Louis | Case Number: 08 B 17550 |
|---|---|---|
| | Graziano, Kathleen | Judge: Wedoff, Eugene R |
| | Printed: 11/25/08 | Filed: 7/8/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion: September 30, 2008
Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 1,100.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 1,100.00 |
| Totals: | 1,100.00 | 1,100.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 2. | Beneficial Mortgage Co of Illi | Secured | 0.00 | 0.00 |
| 3. | Beneficial Mortgage Co of Illi | Secured | 513.75 | 0.00 |
| 4. | America's Servicing Co | Secured | 4,387.97 | 0.00 |
| 5. | Wells Fargo Financial Bank | Unsecured | 1,848.22 | 0.00 |
| 6. | Wells Fargo Financial Illinois Inc | Unsecured | 110.11 | 0.00 |
| 7. | Resurgent Capital Services | Unsecured | 836.76 | 0.00 |
| 8. | Resurgent Capital Services | Unsecured | 261.20 | 0.00 |
| 9. | Wells Fargo Financial Bank | Unsecured | 1,202.85 | 0.00 |
| 10. | Charter One Bank | Unsecured | 3,695.00 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 765.79 | 0.00 |
| 12. | ECast Settlement Corp | Unsecured | 865.68 | 0.00 |
| 13. | RoundUp Funding LLC | Unsecured | 520.78 | 0.00 |
| 14. | RoundUp Funding LLC | Unsecured | 925.79 | 0.00 |
| 15. | Beneficial | Unsecured | | No Claim Filed |
| 16. | Chase Bank | Unsecured | | No Claim Filed |
| 17. | Chase Bank | Unsecured | | No Claim Filed |
| 18. | CitiFinancial | Unsecured | | No Claim Filed |
| 19. | HSBC | Unsecured | | No Claim Filed |
| 20. | HSBC | Unsecured | | No Claim Filed |
| 21. | SST | Unsecured | | No Claim Filed |
| 22. | Rush Oak Park Hospital | Unsecured | | No Claim Filed |
| 23. | SST | Unsecured | | No Claim Filed |
| 24. | Suburban Emergency Physician | Unsecured | | No Claim Filed |
| 25. | Radiology Consultants Ltd | Unsecured | | No Claim Filed |
| 26. | West Suburban Eye Assoc | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Graziano, Louis  
Graziano, Kathleen  
Printed: 11/25/08

Case Number: 08 B 17550  
Judge: Wedoff, Eugene R  
Filed: 7/8/08

## DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| 27. West Suburban Medical Center | Unsecured | | No Claim Filed |
| 28. Marvin F Tisenaga MD | Unsecured | | No Claim Filed |
| 29. Resurrection Health Care | Unsecured | | No Claim Filed |
| | | $ 15,933.90 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

