UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

In re:                                          §
                                                §
GRAZIANO, LOUIS                                 §    Case No. 08-17550 ERW
GRAZIANO, KATHLEEN                              §
                                                §
                                                §
            Debtor(s)                           §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 07/08/2008 . The case was converted to one under Chapter 7 on 09/30/2008 . The undersigned trustee was appointed on 09/30/2008 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 19,676.10 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 0.00 |
| Other payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 19,676.10 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (10/1/2010) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 02/13/2009 and the deadline for filing governmental claims was 02/13/2009 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 2,717.61 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 2,717.61 , for a total compensation of $ 2,717.61 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 36.74 , for total expenses of $ 36.74 .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/01/2010             By:/s/RONALD R. PETERSON
                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (10/1/2010) *(Page: 2)*

Page: 1

Exhibit A

## FORM 1
### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Case No: 08-17550　　Judge: EUGENE R. WEDOFF
Case Name: GRAZIANO, LOUIS
　　　　　　GRAZIANO, KATHLEEN
For Period Ending: 11/01/10

Trustee Name: RONALD R. PETERSON
Date Filed (f) or Converted (c): 09/30/08 (c)
341(a) Meeting Date: 11/10/08
Claims Bar Date: 02/13/09

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. Inheritance | 20,000.00 | 19,665.00 | | 19,665.00 | FA | 0.00 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 11.10 | Unknown | 0.00 | 0.00 |
| TOTALS (Excluding Unknown Values) | $20,000.00 | $19,665.00 | | $19,676.10 | $0.00 | $0.00 | $0.00 |

Gross Value of Remaining Assets
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The estate is fully administered, and the Trustee is in process of closing the case.

RE PROP# 1---Debtor listed asset at between 15M and 20 M. Check is within range

Initial Projected Date of Final Report (TFR): 03/31/09　　Current Projected Date of Final Report (TFR): 07/31/10

_____ Date: _____

RONALD R. PETERSON

LFORM1EUST Form 101-7-TFR (10/1/2010) (Page: 3)　　　　　　　　　Ver: 16.00a

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit B

Case No:        08-17550 -ERW
Case Name:      GRAZIANO, LOUIS
                GRAZIANO, KATHLEEN
Taxpayer ID No: ******7738
For Period Ending: 11/01/10

Trustee Name:   RONALD R. PETERSON
Bank Name:      BANK OF AMERICA, N.A.
Account Number / CD #: *******9899  Money Market Account (Interest Earn
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/18/08 | | | BALANCE FORWARD | | | | 0.00 |
| | 1 | Louis Graziano 9661 Schihher Franklin Park, Il 60131 | Inheritance | 1129-000 | 19,665.00 | | 19,665.00 |
| 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.31 | | 19,665.31 |
| 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 1.00 | | 19,666.31 |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.16 | | 19,666.47 |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.15 | | 19,666.62 |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.17 | | 19,666.79 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.43 | | 19,667.22 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.50 | | 19,667.72 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.49 | | 19,668.21 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.50 | | 19,668.71 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.50 | | 19,669.21 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.48 | | 19,669.69 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.50 | | 19,670.19 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.49 | | 19,670.68 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.50 | | 19,671.18 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.50 | | 19,671.68 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.45 | | 19,672.13 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.50 | | 19,672.63 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.49 | | 19,673.12 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.49 | | 19,673.61 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.49 | | 19,674.10 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.50 | | 19,674.60 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.51 | | 19,675.11 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.49 | | 19,675.60 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.50 | | 19,676.10 |

Page Subtotals   19,676.10   0.00

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2
Exhibit B

| Case No: | 08-17550 -ERW | | Trustee Name: | RONALD R. PETERSON | | |
| Case Name: | GRAZIANO, LOUIS / GRAZIANO, KATHLEEN | | Bank Name: | BANK OF AMERICA, N.A. | | |
| Taxpayer ID No: | *******7738 | | Account Number / CD #: | *******9899 Money Market Account (Interest Earn | | |
| For Period Ending: | 11/01/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 | | |
| | | | Separate Bond (if applicable): | | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 19,676.10 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 |
| Subtotal | 19,676.10 | 0.00 |
| Less: Payments to Debtors | | 0.00 |
| Net | 19,676.10 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| TOTAL - ALL ACCOUNTS | 19,676.10 | 0.00 | 19,676.10 |
| Money Market Account (Interest Earn - *******9899 | | | 19,676.10 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  0.00  0.00

LFORM24  **UST Form 101-7-TFR (10/1/2010)** *(Page: 5)*  Ver: 16.00a

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 08-17550 ERW
Case Name: GRAZIANO, LOUIS
                 GRAZIANO, KATHLEEN
Trustee Name: RONALD R. PETERSON

Balance on hand                                                $        19,676.10

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: RONALD R. PETERSON | $ 2,717.61 | $ 0.00 | $ 2,717.61 |
| Trustee Expenses: RONALD R. PETERSON | $ 36.74 | $ 0.00 | $ 36.74 |

Total to be paid for chapter 7 administrative expenses     $     2,754.35
Remaining Balance     $     16,921.75

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 286,372.90 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Charter One<br>480 Jefferson Blvd., RJE 135<br>Warwick, RI 02886 | $ 15,395.82 | $ 0.00 | $ 909.74 |
| 000002 | America's Servicing Company<br>c/o Codilis & Associates, P.C.<br>15W030 North Frontage Road, Suite 100<br>Burr Ridge, IL 60527 | $ 187,482.45 | $ 0.00 | $ 11,078.32 |
| 000003 | Wells Fargo Financial Illinois Inc<br>4137 121st st<br>Urbandale IA 50323 | $ 458.78 | $ 0.00 | $ 27.11 |
| 000004 | Wells Fargo Financial Bank<br>Attn Payment Processing<br>PO Box 14487<br>Des Moines IA 50306 | $ 5,011.87 | $ 0.00 | $ 296.15 |
| 000005 | Wells Fargo Financial Bank<br>Attn Payment Processing<br>PO Box 14487<br>Des Moines IA 50306 | $ 7,700.91 | $ 0.00 | $ 455.05 |

UST Form 101-7-TFR (10/1/2010) *(Page: 7)*

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000006 | Beneficial Illinois Inc DBA Beneficial Mortgage Co of IL PO Box 21188 Eagan, MN 55121-4201 | $ 38,970.76 | $ 0.00 | $ 2,302.78 |
| 000007 | LVNV Funding LLC its successors as assignee of Citibank Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 | $ 3,486.52 | $ 0.00 | $ 206.02 |
| 000008 | LVNV Funding LLC its successors as assignee of Citibank Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 | $ 1,088.33 | $ 0.00 | $ 64.31 |
| 000009 | eCAST Settlement Corporation assignee of Capital One Bank POB 35480 Newark NJ 07193-5480 | $ 3,190.78 | $ 0.00 | $ 188.54 |
| 000010 | eCAST Settlement Corporation assignee of Capital One Bank POB 35480 Newark NJ 07193-5480 | $ 3,606.99 | $ 0.00 | $ 213.14 |
| 000011 | Roundup Funding, LLC MS 550 PO Box 91121 Seattle, WA 98111-9221 | $ 3,857.46 | $ 0.00 | $ 227.93 |
| 000012 | Roundup Funding, LLC MS 550 PO Box 91121 Seattle, WA 98111-9221 | $ 2,169.92 | $ 0.00 | $ 128.22 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000013 | HSBC Bank Nevada and its Assigns by eCAST Settlement Corporation as its agent POB 35480 Newark NJ 07193-5480 | $ 741.90 | $ 0.00 | $ 43.84 |
| 000014 | eCAST Settlement Corporation POB 35480 Newark NJ 07193-5480 | $ 6,669.30 | $ 0.00 | $ 394.09 |
| 000015 | Chase Bank USA NA by eCAST Settlement Corporation as its agent POB 35480 Newark NJ 07193-5480 | $ 5,191.48 | $ 0.00 | $ 306.76 |
| 000016 | HSBC Bank Nevada and its Assigns by eCAST Settlement Corporation as its agent POB 35480 Newark NJ 07193-5480 | $ 298.90 | $ 0.00 | $ 17.66 |
| 000017 | Roundup Funding, LLC MS 550 PO Box 91121 Seattle, WA 98111-9221 | $ 1,050.73 | $ 0.00 | $ 62.09 |

Total to be paid to timely general unsecured creditors        $        16,921.75

Remaining Balance                                              $             0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE