UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| GRAZIANO, LOUIS | § | Case No. 08-17550 ERW |
| GRAZIANO, KATHLEEN | § | |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RONALD R. PETERSON, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

CLERK OF THE U.S. BANKRUPTCY COURT
KENNETH S. GARDNER
219 S. Dearborn St.
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 12/28/2010 in Courtroom 744,

UNITED STATES BANKRUPTCY COURT
219 S. Dearborn St.
Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 11/23/2010                 By: UNITED STATES BANKRUPTCY
                                              COURT
                                                    Clerk

*RONALD R. PETERSON*
*JENNER & BLOCK LLP*
*353 N. CLARK STREET*
*CHICAGO, IL 60654-3456*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## CHICAGO DIVISION

In re:                         §
                               §
                               §
GRAZIANO, LOUIS                §   Case No. 08-17550 ERW
GRAZIANO, KATHLEEN             §
                               §
        Debtor(s)              §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 19,676.10 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 19,676.10 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: RONALD R. PETERSON | $ 2,717.61 | $ 0.00 | $ 2,717.61 |
| Trustee Expenses: RONALD R. PETERSON | $ 36.74 | $ 0.00 | $ 36.74 |

Total to be paid for chapter 7 administrative expenses        $         2,754.35
Remaining Balance                                             $        16,921.75

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 286,372.90 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Charter One<br>480 Jefferson Blvd., RJE 135<br>Warwick, RI 02886 | $ 15,395.82 | $ 0.00 | $ 909.74 |
| 000002 | America's Servicing Company<br>c/o Codilis & Associates, P.C.<br>15W030 North Frontage Road, Suite 100<br>Burr Ridge, IL 60527 | $ 187,482.45 | $ 0.00 | $ 11,078.32 |
| 000003 | Wells Fargo Financial Illinois Inc<br>4137 121st st<br>Urbandale IA 50323 | $ 458.78 | $ 0.00 | $ 27.11 |
| 000004 | Wells Fargo Financial Bank<br>Attn Payment Processing<br>PO Box 14487<br>Des Moines IA 50306 | $ 5,011.87 | $ 0.00 | $ 296.15 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000005 | Wells Fargo Financial Bank<br>Attn Payment Processing<br>PO Box 14487<br>Des Moines IA 50306 | $ 7,700.91 | $ 0.00 | $ 455.05 |
| 000006 | Beneficial Illinois Inc<br>DBA Beneficial Mortgage Co of IL<br>PO Box 21188<br>Eagan, MN 55121-4201 | $ 38,970.76 | $ 0.00 | $ 2,302.78 |
| 000007 | LVNV Funding LLC its successors as assignee of Citibank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | $ 3,486.52 | $ 0.00 | $ 206.02 |
| 000008 | LVNV Funding LLC its successors as assignee of Citibank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | $ 1,088.33 | $ 0.00 | $ 64.31 |
| 000009 | eCAST Settlement Corporation assignee of Capital One Bank<br>POB 35480<br>Newark NJ 07193-5480 | $ 3,190.78 | $ 0.00 | $ 188.54 |
| 000010 | eCAST Settlement Corporation assignee of Capital One Bank<br>POB 35480<br>Newark NJ 07193-5480 | $ 3,606.99 | $ 0.00 | $ 213.14 |
| 000011 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | $ 3,857.46 | $ 0.00 | $ 227.93 |
| 000012 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | $ 2,169.92 | $ 0.00 | $ 128.22 |

UST Form 101-7-NFR (10/1/2010) *(Page: 4)*

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000013 | HSBC Bank Nevada and its Assigns by eCAST Settlement Corporation as its agent POB 35480 Newark NJ 07193-5480 | $ 741.90 | $ 0.00 | $ 43.84 |
| 000014 | eCAST Settlement Corporation POB 35480 Newark NJ 07193-5480 | $ 6,669.30 | $ 0.00 | $ 394.09 |
| 000015 | Chase Bank USA NA by eCAST Settlement Corporation as its agent POB 35480 Newark NJ 07193-5480 | $ 5,191.48 | $ 0.00 | $ 306.76 |
| 000016 | HSBC Bank Nevada and its Assigns by eCAST Settlement Corporation as its agent POB 35480 Newark NJ 07193-5480 | $ 298.90 | $ 0.00 | $ 17.66 |
| 000017 | Roundup Funding, LLC MS 550 PO Box 91121 Seattle, WA 98111-9221 | $ 1,050.73 | $ 0.00 | $ 62.09 |

Total to be paid to timely general unsecured creditors          $          16,921.75

Remaining Balance                                                                          $                  0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Ronald R. Peterson<br>Trustee

*RONALD R. PETERSON*
*JENNER & BLOCK LLP*
*353 N. CLARK STREET*
*CHICAGO, IL 60654-3456*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.