UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

In re:  
GRAZIANO, LOUIS  
GRAZIANO, KATHLEEN  

Case No. 08-17550 ERW

Debtor(s)

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RONALD R. PETERSON, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

CLERK OF THE U.S. BANKRUPTCY COURT
KENNETH S. GARDNER
219 S. Dearborn St.
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 12/28/2010 in Courtroom 744,

UNITED STATES BANKRUPTCY COURT
219 S. Dearborn St.
Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 11/23/2010

By: UNITED STATES BANKRUPTCY COURT
Clerk

*RONALD R. PETERSON*
*JENNER & BLOCK LLP*
*353 N. CLARK STREET*
*CHICAGO, IL 60654-3456*

UST Form 101-7-NFR (10/1/2010) *(Page: 1)*

**UNITED STATES BANKRUPTCY COURT**
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| GRAZIANO, LOUIS | § § | Case No. 08-17550 ERW |
| GRAZIANO, KATHLEEN | § § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION**

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 19,676.10 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 19,676.10 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: RONALD R. PETERSON | $ 2,717.61 | $ 0.00 | $ 2,717.61 |
| Trustee Expenses: RONALD R. PETERSON | $ 36.74 | $ 0.00 | $ 36.74 |

| | | |
|---|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ | 2,754.35 |
| Remaining Balance | $ | 16,921.75 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 286,372.90 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Charter One<br>480 Jefferson Blvd., RJE 135<br>Warwick, RI 02886 | $ 15,395.82 | $ 0.00 | $ 909.74 |
| 000002 | America's Servicing Company<br>c/o Codilis & Associates, P.C.<br>15W030 North Frontage Road, Suite 100<br>Burr Ridge, IL 60527 | $ 187,482.45 | $ 0.00 | $ 11,078.32 |
| 000003 | Wells Fargo Financial Illinois Inc<br>4137 121st st<br>Urbandale IA 50323 | $ 458.78 | $ 0.00 | $ 27.11 |
| 000004 | Wells Fargo Financial Bank<br>Attn Payment Processing<br>PO Box 14487<br>Des Moines IA 50306 | $ 5,011.87 | $ 0.00 | $ 296.15 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000005 | Wells Fargo Financial Bank<br>Attn Payment Processing<br>PO Box 14487<br>Des Moines IA 50306 | $ 7,700.91 | $ 0.00 | $ 455.05 |
| 000006 | Beneficial Illinois Inc<br>DBA Beneficial Mortgage Co of IL<br>PO Box 21188<br>Eagan, MN 55121-4201 | $ 38,970.76 | $ 0.00 | $ 2,302.78 |
| 000007 | LVNV Funding LLC its successors as assignee of Citibank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | $ 3,486.52 | $ 0.00 | $ 206.02 |
| 000008 | LVNV Funding LLC its successors as assignee of Citibank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | $ 1,088.33 | $ 0.00 | $ 64.31 |
| 000009 | eCAST Settlement Corporation assignee of Capital One Bank<br>POB 35480<br>Newark NJ 07193-5480 | $ 3,190.78 | $ 0.00 | $ 188.54 |
| 000010 | eCAST Settlement Corporation assignee of Capital One Bank<br>POB 35480<br>Newark NJ 07193-5480 | $ 3,606.99 | $ 0.00 | $ 213.14 |
| 000011 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | $ 3,857.46 | $ 0.00 | $ 227.93 |
| 000012 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | $ 2,169.92 | $ 0.00 | $ 128.22 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000013 | HSBC Bank Nevada and its Assigns by eCAST Settlement Corporation as its agent POB 35480 Newark NJ 07193-5480 | $ 741.90 | $ 0.00 | $ 43.84 |
| 000014 | eCAST Settlement Corporation POB 35480 Newark NJ 07193-5480 | $ 6,669.30 | $ 0.00 | $ 394.09 |
| 000015 | Chase Bank USA NA by eCAST Settlement Corporation as its agent POB 35480 Newark NJ 07193-5480 | $ 5,191.48 | $ 0.00 | $ 306.76 |
| 000016 | HSBC Bank Nevada and its Assigns by eCAST Settlement Corporation as its agent POB 35480 Newark NJ 07193-5480 | $ 298.90 | $ 0.00 | $ 17.66 |
| 000017 | Roundup Funding, LLC MS 550 PO Box 91121 Seattle, WA 98111-9221 | $ 1,050.73 | $ 0.00 | $ 62.09 |

Total to be paid to timely general unsecured creditors   $ 16,921.75

Remaining Balance   $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Ronald R. Peterson
Trustee

*RONALD R. PETERSON*
*JENNER & BLOCK LLP*
*353 N. CLARK STREET*
*CHICAGO, IL 60654-3456*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: mjerdine              Page 1 of 2            Date Rcvd: Nov 30, 2010
Case: 08-17550                Form ID: pdf006             Total Noticed: 35

The following entities were noticed by first class mail on Dec 02, 2010.
db/jdb        +Louis Graziano,   Kathleen Graziano,    9661 Schiller Blvd.,    Franklin Park, IL 60131-2968
aty           +Konstantine T. Sparagis,   Law Offices of Konstantine Sparagis P C,    8 S Michigan Ave  27th Fl,
               Chicago, IL 60603-3357
tr            +Ronald R Peterson,   Jenner & Block LLP,    353 N. Clark Street,   Chicago, IL 60654-5474
12393901      +ASC,   7495 New Horizon Way,   Frederick, MD 21703-8388
12425540      +America’s Servicing Company,    c/o Codilis & Associates, P.C.,
               15W030 North Frontage Road, Suite 100,    Burr Ridge, IL 60527-6921
12393903      +Beneficial,   P.O. Box 17574,   Baltimore, MD 21297-1574
12393902      +Beneficial,   1310 Winston Plaza,   Winston Plaza S/C,    Melrose Park, IL 60160-1508
12550413      +Beneficial Illinois Inc,    DBA Beneficial Mortgage Co of IL,    PO Box 21188,
               Eagan, MN 55121-0188
12393904     ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
              (address filed with court: Capital One,    c/o Tsys Debt Management,    P.O. Box 5155,
               Norcross, GA 30091)
12393906      +Charter One,   480 Jefferson Blvd., RJE 135,    Warwick, RI 02886-1359
12393907      +Chase,   Attn: Bankruptcy Dept.,   P.O. Box 100018,    Kennesaw, GA 30156-9204
12697370       Chase Bank USA NA,   by eCAST Settlement Corporation,    as its agent,   POB 35480,
               Newark NJ 07193-5480
12393909      +Citibank,   Attn: Bankruptcy,   P.O. Box 20507,    Kansas City, MO 64195-0507
12393911      +Citifinancial,   PO Box 499,   Hanover, MD 21076-0499
12697148       HSBC Bank Nevada and its Assigns,    by eCAST Settlement Corporation,    as its agent,   POB 35480,
               Newark NJ 07193-5480
12393912      +Household Bank,   Attn: Bankruptcy,   PO Box 5213,    Carol Stream, IL 60197-5213
12697149       Household Finance Corporation Beneficial,    by eCAST Settlement Corporation,    as its agent,
               POB 35480,   Newark NJ 07193-5480
12393914      +Juniper Bank,   PO Box 13337,   Philadelphia, PA 19101-3337
12510178      +Marvin Tiesenga MD,   1950 N Harlem Ave,    Elmwood Park, IL 60707-3717
12393916      +Radiology Consultants, Ltd.,   1730 Park St., Ste. 101,    Naperville, IL 60563-1290
12510179      +Resurrection Health Care,   West Suburban Medical Center,    3 Erie Court,
               Oak Park, IL 60302-2599
12393917      +Rush,   Oak Park Hospital,   520 South Maple Avenue,    Oak Park, IL 60304-1097
12393918      +Sst/Columbus Bk & Trust,   PO Box 84024,    Columbus, GA 31908-4024
12393920      +Suburban Emergency Phys Group,   PO Box 2729,    Carol Stream, IL 60132-0001
14154446      +Wells Fargo Bank NA,   4137 121st Street,    Urbandale IA 50323-2310
12393921      +Wells Fargo Financial,   1750 E. Golf Rd., Ste. 395,    Schaumburg, IL 60173-5090
12393922      +Wells Fargo Financial Bank,   PO Box 182125,    Columbus, OH 43218-2125
12507325      +Wells Fargo Financial Bank,   Attn Payment Processing,    PO Box  14487,
               Des Moines IA 50306-3487
12481022      +Wells Fargo Financial Illinois Inc,    4137 121st st,   Urbandale IA 50323-2310
12393924      +West Suburban Eye Assoc.,   1 Erie Ct., Ste. 6140,    Oak Park, IL 60302-2510
12393925      +West Suburban Medical Center,   3 Erie Ct.,    Oak Park, IL 60302-2599
14160388       eCAST Settlement Corporation,   POB 35480,    Newark NJ 07193-5480
12641459       eCAST Settlement Corporation assignee of,    Capital One Bank,   POB 35480,   Newark NJ 07193-5480
The following entities were noticed by electronic transmission on Dec 01, 2010.
12553220       E-mail/Text: resurgentbknotifications@resurgent.com
               LVNV Funding LLC its successors as,    assignee of Citibank,   Resurgent Capital Services,
               PO Box 10587,   Greenville, SC 29603-0587
12660255       E-mail/PDF: BNCEmails@blinellc.com Dec 01 2010 01:40:39     Roundup Funding, LLC,   MS 550,
               PO Box 91121,   Seattle, WA 98111-9221
                                                                                               TOTAL: 2
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12393905*    ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
              (address filed with court: Capital One,    c/o Tsys Debt Management,    P.O. Box 5155,
               Norcross, GA 30091)
12393908*     +Chase,   Attn: Bankruptcy Dept.,   P.O. Box 100018,    Kennesaw, GA 30156-9204
12393910*     +Citibank,   Attn: Bankruptcy,   P.O. Box 20507,    Kansas City, MO 64195-0507
12697371*      HSBC Bank Nevada and its Assigns,    by eCAST Settlement Corporation,    as its agent,   POB 35480,
               Newark NJ 07193-5480
12393913*     +Household Bank,   Attn: Bankruptcy,   PO Box 5213,    Carol Stream, IL 60197-5213
12393915*     +Juniper Bank,   PO Box 13337,   Philadelphia, PA 19101-3337
12393919*     +Sst/Columbus Bk & Trust,   PO Box 84024,    Columbus, GA 31908-4024
12393923*     +Wells Fargo Financial Bank,   PO Box 182125,    Columbus, OH 43218-2125
12507326*     +Wells Fargo Financial Bank,   Attn Payment Processing,    PO Box  14487,
               Des Moines IA 50306-3487
12641460*      eCAST Settlement Corporation assignee of,    Capital One Bank,   POB 35480,   Newark NJ 07193-5480
                                                                                 TOTALS: 0, * 10, ## 0

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked ’++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1         User: mjerdine          Page 2 of 2              Date Rcvd: Nov 30, 2010
Case: 08-17550               Form ID: pdf006         Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 02, 2010**              **Signature:**    _Joseph Speetjens_