UNITED STATES BANKRUPTCY COURT
NORTHERN **DISTRICT OF** ILLINOIS
CHICAGO **DIVISION**

In re: §
§
GRAZIANO, LOUIS § Case No. 08-17550 ERW
GRAZIANO, KATHLEEN §
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

RONALD R. PETERSON, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 0.00<br>*(Without deducting any secured claims)* | Assets Exempt: 0.00 |
| Total Distributions to Claimants: 16,922.68 | Claims Discharged<br>Without Payment: 282,673.75 |
| Total Expenses of Administration: 2,754.35 | |

3) Total gross receipts of $ 19,677.03 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 19,677.03 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010) *(Page: 1)*

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 2,754.35 | 2,754.35 | 2,754.35 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 699.00 | 411,076.35 | 298,897.43 | 16,922.68 |
| **TOTAL DISBURSEMENTS** | $ 699.00 | $ 413,830.70 | $ 301,651.78 | $ 19,677.03 |

    4) This case was originally filed under chapter 7 on  07/08/2008 , and it was converted to chapter 7 on  09/30/2008 .  The case was pending for 30 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  03/22/2011              By:/s/RONALD R. PETERSON
                                                             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Inheritance | 1129-000 | 19,665.00 |
| Post-Petition Interest Deposits | 1270-000 | 12.03 |
| **TOTAL GROSS RECEIPTS** | | **$ 19,677.03** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JENNER & BLOCK LLP | 2100-000 | NA | 2,717.61 | 2,717.61 | 2,717.61 |
| JENNER & BLOCK LLP | 2200-000 | NA | 36.74 | 36.74 | 36.74 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 2,754.35 | $ 2,754.35 | $ 2,754.35 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Marvin Tiesenga, MD 1950 N. Harlem Ave. Elmwood Park, IL 60707 | | 182.00 | NA | NA | 0.00 |
| | Resurrection Health Care West Suburban Medical Center 3 Erie Court Oak Park, IL 60302 | | 517.00 | NA | NA | 0.00 |
| 000002 | AMERICA'S SERVICING COMPANY | 7100-000 | NA | 299,661.37 | 187,482.45 | 11,078.92 |
| 000006 | BENEFICIAL ILLINOIS INC | 7100-000 | NA | 38,970.76 | 38,970.76 | 2,302.92 |
| 000001 | CHARTER ONE | 7100-000 | NA | 15,395.82 | 15,395.82 | 909.79 |
| 000015 | CHASE BANK USA NA | 7100-000 | NA | 5,191.48 | 5,191.48 | 306.78 |
| 000009 | ECAST SETTLEMENT CORPORATION ASSIGN | 7100-000 | NA | 3,190.78 | 3,190.78 | 188.55 |
| 000010 | ECAST SETTLEMENT CORPORATION ASSIGN | 7100-000 | NA | 3,606.99 | 3,606.99 | 213.15 |
| 000013 | HSBC BANK NEVADA AND ITS ASSIGNS | 7100-000 | NA | 741.90 | 741.90 | 43.84 |
| 000007 | LVNV FUNDING LLC, CITIBANK ASSIGNEE | 7100-000 | NA | 3,486.52 | 3,486.52 | 206.04 |
| 000008 | LVNV FUNDING LLC, CITIBANK ASSIGNEE | 7100-000 | NA | 1,088.33 | 1,088.33 | 64.31 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000011 | ROUNDUP FUNDING, LLC | 7100-000 | NA | 3,857.46 | 3,857.46 | 227.95 |
| 000012 | ROUNDUP FUNDING, LLC | 7100-000 | NA | 2,169.92 | 2,169.92 | 128.23 |
| 000017 | ROUNDUP FUNDING, LLC | 7100-000 | NA | 1,050.73 | 1,050.73 | 62.09 |
| 000018 | WELLS FARGO BANK NA | 7100-000 | NA | 4,862.62 | 4,862.62 | 0.00 |
| 000019 | WELLS FARGO BANK NA | 7100-000 | NA | 7,661.91 | 7,661.91 | 0.00 |
| 000004 | WELLS FARGO FINANCIAL BANK | 7100-000 | NA | 5,011.87 | 5,011.87 | 296.17 |
| 000005 | WELLS FARGO FINANCIAL BANK | 7100-000 | NA | 7,700.91 | 7,700.91 | 455.07 |
| 000003 | WELLS FARGO FINANCIAL ILLINOIS INC | 7100-000 | NA | 458.78 | 458.78 | 27.11 |
| 000014 | ECAST SETTLEMENT CORPORATION | 7100-900 | NA | 6,669.30 | 6,669.30 | 394.10 |
| 000016 | HSBC BANK NEVADA AND ITS ASSIGNS | 7100-900 | NA | 298.90 | 298.90 | 17.66 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 699.00 | $ 411,076.35 | $ 298,897.43 | $ 16,922.68 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit 8

| Case No: | 08-17550 | Judge: EUGENE R. WEDOFF |
|---|---|---|
| Case Name: | GRAZIANO, LOUIS | |
| | GRAZIANO, KATHLEEN | |
| For Period Ending: | 03/22/11 | |

| Trustee Name: | RONALD R. PETERSON |
|---|---|
| Date Filed (f) or Converted (c): | 09/30/08 (c) |
| 341(a) Meeting Date: | 11/10/08 |
| Claims Bar Date: | 02/13/09 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. Inheritance | 20,000.00 | 19,665.00 | | 19,665.00 | FA | 0.00 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 12.03 | Unknown | 0.00 | 0.00 |
| TOTALS (Excluding Unknown Values) | $20,000.00 | $19,665.00 | | $19,677.03 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) | $0.00 | $0.00 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR filed 11/22/10.

RE PROP# 1---Debtor listed asset at between 15M and 20 M.  Check is within range

Initial Projected Date of Final Report (TFR):  / /        Current Projected Date of Final Report (TFR):  / /

_____ Date: _____
RONALD R. PETERSON

Case 08-17550  Doc 62  Filed 04/27/11  Entered 04/27/11 10:56:51  Desc Main
Document      Page 8 of 13

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit 9

| Case No: | 08-17550 -ERW | Trustee Name: | RONALD R. PETERSON |
| Case Name: | GRAZIANO, LOUIS / GRAZIANO, KATHLEEN | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******9899 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******7738 | | |
| For Period Ending: | 03/22/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/18/08 | 1 | Louis Graziano 9661 Schihher Franklin Park, Il 60131 | Inheritance | 1129-000 | 19,665.00 | | 19,665.00 |
| 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.31 | | 19,665.31 |
| 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 1.00 | | 19,666.31 |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.16 | | 19,666.47 |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.15 | | 19,666.62 |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.17 | | 19,666.79 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.43 | | 19,667.22 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.50 | | 19,667.72 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.49 | | 19,668.21 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.50 | | 19,668.71 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.50 | | 19,669.21 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.48 | | 19,669.69 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.50 | | 19,670.19 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.49 | | 19,670.68 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.50 | | 19,671.18 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.50 | | 19,671.68 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.45 | | 19,672.13 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.50 | | 19,672.63 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.49 | | 19,673.12 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.49 | | 19,673.61 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.49 | | 19,674.10 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.50 | | 19,674.60 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.51 | | 19,675.11 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.49 | | 19,675.60 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.50 | | 19,676.10 |
| | | | Page Subtotals | | 19,676.10 | 0.00 | |

Ver: 16.01c

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

Case 08-17550    Doc 62    Filed 04/27/11    Entered 04/27/11 10:56:51    Desc Main
Document    Page 9 of 13

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit 9

| Case No: | 08-17550 -ERW | Trustee Name: | RONALD R. PETERSON |
|---|---|---|---|
| Case Name: | GRAZIANO, LOUIS | Bank Name: | BANK OF AMERICA, N.A. |
| | GRAZIANO, KATHLEEN | Account Number / CD #: | *******9899 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******7738 | | |
| For Period Ending: | 03/22/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.49 | | 19,676.59 |
| 12/28/10 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.44 | | 19,677.03 |
| 12/28/10 | | Transfer to Acct #*******0532 | Final Posting Transfer | 9999-000 | | 19,677.03 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 19,677.03 | 19,677.03 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 19,677.03 | |
| Subtotal | 19,677.03 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 19,677.03 | 0.00 | |

Page Subtotals        0.93        19,677.03

Ver: 16.01c

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

Case 08-17550 Doc 62 Filed 04/27/11 Entered 04/27/11 10:56:51 Desc Main
Document Page 10 of 13

Page: 3

Exhibit 9

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 08-17550 -ERW | Trustee Name: | RONALD R. PETERSON |
|---|---|---|---|
| Case Name: | GRAZIANO, LOUIS / GRAZIANO, KATHLEEN | Bank Name: | BANK OF AMERICA, N.A. |
| Taxpayer ID No: | *******7738 | Account Number / CD #: | *******0532 BofA - Checking Account |
| For Period Ending: | 03/22/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/28/10 | | Transfer from Acct #*******9899 | Transfer In From MMA Account | 9999-000 | 19,677.03 | | 19,677.03 |
| 12/28/10 | 003001 | Jenner & Block LLP<br>353 North Clark Street<br>Chicago, Il 60654 3456 | Truste's Fees | | | 2,754.35 | 16,922.68 |
| | | | Fees 2,717.61 | 2100-000 | | | |
| | | | Expenses 36.74 | 2200-000 | | | |
| 12/28/10 | 003002 | Charter One<br>480 Jefferson Blvd., RJE 135<br>Warwick, RI 02886 | First and Final Distribution | 7100-000 | | 909.79 | 16,012.89 |
| 12/28/10 | 003003 | America's Servicing Company<br>c/o Codilis & Associates, P.C.<br>15W030 North Frontage Road, Suite 100<br>Burr Ridge, IL 60527 | Final distribution | 7100-000 | | 11,078.92 | 4,933.97 |
| 12/28/10 | 003004 | Wells Fargo Financial Illinois Inc<br>4137 121st st<br>Urbandale IA 50323 | Final distribution | 7100-000 | | 27.11 | 4,906.86 |
| 12/28/10 | 003005 | Wells Fargo Financial Bank<br>Attn Payment Processing<br>PO Box 14487<br>Des Moines IA 50306 | Final distribution | 7100-000 | | 296.17 | 4,610.69 |
| 12/28/10 | 003006 | Wells Fargo Financial Bank<br>Attn Payment Processing<br>PO Box 14487<br>Des Moines IA 50306 | Final distribution | 7100-000 | | 455.07 | 4,155.62 |
| 12/28/10 | 003007 | Beneficial Illinois Inc<br>DBA Beneficial Mortgage Co of IL<br>PO Box 21188<br>Eagan, MN 55121-4201 | Final distribution | 7100-000 | | 2,302.92 | 1,852.70 |
| 12/28/10 | 003008 | LVNV Funding LLC its successors as | Final distribution | 7100-000 | | 206.04 | 1,646.66 |

Page Subtotals 19,677.03 18,030.37

Ver: 16.01c

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 10)

Case 08-17550    Doc 62    Filed 04/27/11    Entered 04/27/11 10:56:51    Desc Main
Document      Page 11 of 13

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4
Exhibit 9

| Case No: | 08-17550 -ERW | Trustee Name: | RONALD R. PETERSON |
| Case Name: | GRAZIANO, LOUIS | Bank Name: | BANK OF AMERICA, N.A. |
| | GRAZIANO, KATHLEEN | Account Number / CD #: | *******0532  BofA - Checking Account |
| Taxpayer ID No: | *******7738 | | |
| For Period Ending: | 03/22/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |


| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | assignee of Citibank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | | | | | |
| 12/28/10 | 003009 | eCAST Settlement Corporation assignee of<br>Capital One Bank<br>POB 35480<br>Newark NJ 07193-5480 | Final distribution | 7100-000 | | 188.55 | 1,458.11 |
| 12/28/10 | 003010 | eCAST Settlement Corporation assignee of<br>Capital One Bank<br>POB 35480<br>Newark NJ 07193-5480 | Final distribution | 7100-000 | | 213.15 | 1,244.96 |
| 12/28/10 | 003011 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | Final distribution | 7100-000 | | 227.95 | 1,017.01 |
| 12/28/10 | 003012 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | Final distribution | 7100-000 | | 128.23 | 888.78 |
| 12/28/10 | 003013 | HSBC Bank Nevada and its Assigns<br>by eCAST Settlement Corporation<br>as its agent<br>POB 35480<br>Newark NJ 07193-5480 | Final distribution | 7100-000 | | 43.84 | 844.94 |
| 12/28/10 | 003014 | eCAST Settlement Corporation<br>POB 35480<br>Newark NJ 07193-5480 | Final distribution | 7100-900 | | 394.10 | 450.84 |
| 12/28/10 | 003015 | Chase Bank USA NA<br>by eCAST Settlement Corporation | Final distribution | 7100-000 | | 306.78 | 144.06 |

Page Subtotals       0.00       1,502.60

Ver: 16.01c

LFORM24
UST Form 101-7-TDR (10/1/2010) (Page: 11)

Case 08-17550 Doc 62 Filed 04/27/11 Entered 04/27/11 10:56:51 Desc Main
Document Page 12 of 13

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 5
Exhibit 9

| Case No: | 08-17550 -ERW | Trustee Name: | RONALD R. PETERSON |
| --- | --- | --- | --- |
| Case Name: | GRAZIANO, LOUIS / GRAZIANO, KATHLEEN | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******0532 BofA - Checking Account |
| Taxpayer ID No: | *******7738 | | |
| For Period Ending: | 03/22/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | as its agent POB 35480 Newark NJ 07193-5480 | | | | | |
| 12/28/10 | 003016 | HSBC Bank Nevada and its Assigns by eCAST Settlement Corporation as its agent POB 35480 Newark NJ 07193-5480 | Final distribution | 7100-900 | | 17.66 | 126.40 |
| 12/28/10 | 003017 | Roundup Funding, LLC MS 550 PO Box 91121 Seattle, WA 98111-9221 | Final distribution | 7100-000 | | 62.09 | 64.31 |
| 12/28/10 | 003018 | LVNV Funding LLC its successors as assignee of Citibank Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 | Final distribution | 7100-000 | | 64.31 | 0.00 |

|  |  |  |
| --- | --- | --- |
| COLUMN TOTALS | 19,677.03 | 19,677.03 | 0.00 |
| Less: Bank Transfers/CD's | 19,677.03 | 0.00 | |
| Subtotal | 0.00 | 19,677.03 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 19,677.03 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| Money Market Account (Interest Earn - ********9899 | 19,677.03 | 0.00 | 0.00 |
| BofA - Checking Account - ********0532 | 0.00 | 19,677.03 | 0.00 |
| | 19,677.03 | 19,677.03 | 0.00 |

Page Subtotals 0.00 144.06

Ver: 16.01c

LFORM24
UST Form 101-7-TDR (10/1/2010) (Page: 12)

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 6
Exhibit 9

| Case No: | 08-17550 -ERW | Trustee Name: | RONALD R. PETERSON |
| --- | --- | --- | --- |
| Case Name: | GRAZIANO, LOUIS | Bank Name: | BANK OF AMERICA, N.A. |
| | GRAZIANO, KATHLEEN | Account Number / CD #: | *******0532  BofA - Checking Account |
| Taxpayer ID No: | *******7738 | | |
| For Period Ending: | 03/22/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | | | | Page Subtotals | 0.00 | 0.00 | |

Ver: 16.01c

LFORM24
UST Form 101-7-TDR (10/1/2010) (Page: 13)